In the Matter of the Application of MARGARET MARY CORBETT, Petitioner, against CHARLES A. HARNETT, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Determination of the Commissioner of Motor Vehicles, suspending petitioner's license for fifteen days, unanimously confirmed, with fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

In the Matter of Proving the Last Will and Testament of GRETCHEN SCHAETZ, Deceased, as a Will of Real and Personal Property. JACOB STUBENVOLL, as Executor Named in the Last Will and Testament of GRETCHEN SCHAETZ, Deceased, Proponent, Appellant; OLGA STAMATAKIS, Respondent.— Decree of the Surrogate's Court, Queens county, denying admission to probate of a paper writing bearing date the 28th day of September, 1937, as the last will and testament of decedent, on the ground that the execution of the paper was the result of undue influence practiced upon the decedent, reversed on the law and the facts, with costs to the appellant, payable out of the estate, and matter remitted to the Surrogate's Court for the entry of a decree directing that such paper writing be admitted to probate as the last will and testament of the decedent. In our opinion, no proof at all was adduced to warrant the submission to the jury of the issues of restraint or undue influence. Lazansky, P. J., Adel and Taylor, JJ., concur; Hagarty and Davis, JJ., dissent and vote to affirm.

In the Matter of the Application of HARRY T. TUTHILL, Appellant, for an Order Pursuant to Section 80 of the Public Officers Law against HERMON F. BISHOP, Respondent.— Order denying petitioner's application for a direction to the respondent Bishop that he turn over the books, papers and property belonging to the office of county superintendent of highways of Suffolk county, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

GEORGE KAMINSKY, Appellant, v. AMERICAN NEWSPAPERS, INC., Respondent.— Action for libel. Judgment in favor of the defendant, entered upon the verdict of a jury, reversed on the facts and a new trial granted, with costs to appellant to abide the event, upon the ground that the trial justice unduly participated in the cross-examination of the plaintiff and his witnesses, and his inquiries, by their prejudicial tenor, coupled with many prejudicial comments, deprived the plaintiff of a fair trial. Lazansky, P. J., Davis, Johnston, Adel and Close, JJ., concur.